Michael Cosentino Cal SBN 83253
Attorney at Law
PO Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Counsel for the United States
of America, plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C97-1157M |
| Plaintiff, | STIPULATION FOR ORDER QUASHING WRIT OF CONTINUING GARNISHMENT and ~~PROPOSED~~ ORDER THEREON |
| v. | |
| LUDOVINA BAKER aka M. LUDOVINA ISAACS, | |
| Defendant. and | |
| WELLS FARGO NA, | |
| Garnishee. | |

STIPULATION FOR ORDER QUASHING
WRIT OF CONTINUING GARNISHMENT

Plaintiff/Judgment Creditor, United States, acquired a Writ of Continuing Garnishment against the above entitled Defendant/Judgment Debtor, which Writ was issued October 14, 2015, at docket # 11.

THE ABOVE ENTITLED PARTIES HEREBY STIPULATE for an order quashing the aforementioned Writ of Continuing Garnishment, subject to reinstatement if applicable, on the ground that the parties have made alternative

1  arrangements for payment of the judgment debt.

2  THE PARTIES HEREBY FURTHER STIPULATE that upon the entry of the
3  order quashing the Writ, that the court order garnishee, WELLS FARGO NA,
4  return to defendant all funds withheld as a result of the Writ of Continuing
5  Garnishment, and to withhold no further funds, subject to reinstatement if applicable.

6  THE PARTIES HEREBY FURTHER STIPULATE that this stipulation be a
7  general appearance on behalf of defendant.

8  December 10, 2015

   Michael Cosentino
9  Counsel for the United States

10 December 10, 2015

11 Ludovina Baker aka
   M. Ludovina Isaacs
12 Defendant, pro se

13

14 Having considered the foregoing stipulation of the parties, the matter
15 having been submitted and good cause therefor, **IT IS SO ORDERED.**

16

17 Dated: January 4, 2016

   LAUREL BEELER, MAGISTRATE JUDGE
18 UNITED STATES DISTRICT COURT